| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSENSTENGEL, NANCY J. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT SOUTHERN<br>DISTRICT OF ILLINOIS | 3. Date of Report<br><br>11/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination    Date 11/07/2013<br>[ ] Initial    [ ] Annual    [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>10/30/2013 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
MELVIN PRICE FEDERAL BUILDING AND COURTHOUSE
750 MISSOURI AVENUE, ROOM 104
EAST ST. LOUIS, ILLINOIS 62201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | BONIFIELD AND ROSENSTENGEL, INC. ATTORNEY AT LAW - SALARY |
| 2. 2013 | BONIFIELD AND ROSENSTENGEL, INC. ATTORNEY AT LAW - SALARY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. FCB BANK | MORTGAGE ON OFFICE PROPERTY (Part VII, line 87) | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. REGIONS BANK CASH ACCOUNTS | A | Interest | L | T | Exempt | | | | |
| 2. BONIFIELD AND ROSENSTENGEL STOCK | D | Dividend | N | W | | | | | |
| 3. HUNTLEIGH CASH ACCOUNT | A | Interest | J | T | | | | | |
| 4. FEDERATED PRIME CASH | A | Interest | | | | | | | |
| 5. CLAYMORE GUGGENHEIM MULTI ASSET INCOME | B | Dividend | | | | | | | |
| 6. IPATH DOW JONES UBS GRAIN TOTAL RETURN | A | Dividend | | | | | | | |
| 7. ISHARE BARCLAYS MBS BOND FUND | A | Dividend | | | | | | | |
| 8. SPDR BARCLAYS HIGH YIELD BONDS | A | Interest | | | | | | | |
| 9. SPDR GOLD TRUST | A | Dividend | J | T | | | | | |
| 10. UNITED STATES OIL FUND | A | Dividend | | | | | | | |
| 11. VANGUARD SHORT TERM BOND | A | Interest | | | | | | | |
| 12. VANGUARD TOTAL BOND | B | Interest | | | | | | | |
| 13. ISHARE S&P US PFD STK | A | Dividend | | | | | | | |
| 14. ISHARE JP MORGAN EMGR MARKET BONDS | A | Int./Div. | | | | | | | |
| 15. FIRST TRUST IND/PROD DURABLE ALP FUND | A | Dividend | J | T | | | | | |
| 16. SELECT SCT SPDR F HEALTH CARE | A | Distribution | | | | | | | |
| 17. POWERSHARE SENIOR LOAN PORT | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. FIRST TR FINANCIAL ALPHADEX FUND | A | Dividend | J | T | | | | | |
| 19. FIRST CHINA APLHADEX FD | A | Dividend | | | | | | | |
| 20. ISHARE MSCI BRAZIL INDX | A | Dividend | | | | | | | |
| 21. ISHARE S&P 500 GROWTH INDX FD | A | Dividend | J | T | | | | | |
| 22. ISHARE TR DOW US REAL ESTATE INDX FD | A | Dividend | | | | | | | |
| 23. FIRT TR MULTI ASSET DIV INC INDX FD | A | Dividend | | | | | | | |
| 24. PROSHARES TRUST SHORT 20+ TR TREASURY | A | Dividend | J | T | | | | | |
| 25. SPDR BARCLAYS CAPITAL HI YIELD BOND | A | Int./Div. | J | T | | | | | |
| 26. ISHARE CORE S&P MID-CAP | A | Dividend | J | T | | | | | |
| 27. FRANKLIN INCOME FUND A | A | Dividend | J | T | | | | | |
| 28. BRIGHT STAR COLLAGE SAV AGE BASED 10-11 | A | Dividend | J | .T | | | | | |
| 29. BRIGHT STAR COLLAGE SAV AGE BASED 12-14 | A | Dividend | J | T | | | | | |
| 30. BRIGHT STAR COLLAGE SAV AGE BASED 15-17 | A | Dividend | J | T | | | | | |
| 31. COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 32. EDWARD JONES PUTNUM NEW OPT | A | Dividend | J | T | | | | | |
| 33. BRIGHT START ADVISOR EQUITY H | A | Dividend | | | | | | | |
| 34. NML LIFE INSURANCE- WHOLE LIFE CASH VALUE | D | Dividend | M | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COUNTRY COMPANIES WHOLE LIFE INSURANCE CV | C | Dividend | L | T | | | | | |
| 36. HARTFORD LIFE W-LIFE INSURANCE POLICY-CASH VALUE | B | Dividend | K | T | | | | | |
| 37. JJB PROFIT SHARING PLAN AC | G | Int./Div. | P1 | T | | | | | |
| 38. - ARCH COAL | | | | | | | | | |
| 39. - AUTOMOTIVE DATA PROCESSING | | | | | | | | | |
| 40. - AT&T INC | | | | | | | | | |
| 41. - BANK OF AMERICA | | | | | | | | | |
| 42. - BANK OF AMERICA | | | | | | | | | |
| 43. - CATERPILLAR INC | | | | | | | | | |
| 44. - CHEVRON CORPORATIO | | | | | | | | | |
| 45. - CLAYMORE GUGGENHEIM ET MULTI ASSET INCOME | | | | | | | | | |
| 46. - CREDO PETROLEUM | | | | | | | | | |
| 47. - DELL | | | | | | | | | |
| 48. - EXXON MOBLE | | | | | | | | | |
| 49. - JOHNSON & JOHNSON | | | | | | | | | |
| 50. - GENERAL ELECTRIC | | | | | | | | | |
| 51. - ISHARE BARCLAYS | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - ISHARE S&P U.S. PRF STOCK | | | | | | | | | |
| 53. - ISHARES JP MORGAN EMERG MTK BOND FUND | | | | | | | | | |
| 54. - NIKE INC | | | | | | | | | |
| 55. - PEABODY ENERGY | | | | | | | | | |
| 56. - MERCK & CO | | | | | | | | | |
| 57. - MICROSOFT | | | | | | | | | |
| 58. - PFIZER INCORP | | | | | | | | | |
| 59. - REGIONS FINANCIAL | | | | | | | | | |
| 60. - T ROW PRICE MID-CAP GR | | | | | | | | | |
| 61. - SPDR BARCLAYS CAP HI YIELD BOND | | | | | | | | | |
| 62. - TELLABS INC | | | | | | | | | |
| 63. - UNION PACIFIC CORP | | | | | | | | | |
| 64. - VERIZON COMMUNICATIONS | | | | | | | | | |
| 65. - WALL-MART STORES INC | | | | | | | | | |
| 66. - WESTERN UNION CO | | | | | | | | | |
| 67. - UST BONDS | | | | | | | | | |
| 68. - HUNTLEIGH FEDERAL PRIME SERIES | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - FRONTIER COMMUNICATION | | | | | | | | | |
| 70. - PATRIOT COAL CORP | | | | | | | | | |
| 71. - PROCTOR AND GAMBLE | | | | | | | | | |
| 72. - VANGUARD SHORT TERM ET CORP BONDS | | | | | | | | | |
| 73. - UNITED TECHNOLOGIES | | | | | | | | | |
| 74. - JP MORGAN PRIME MONEY MARKET | | | | | | | | | |
| 75. - ZOLTEK COS INC | | | | | | | | | |
| 76. - WELLS FARGO COMP | | | | | | | | | |
| 77. - UNITED HEALTH GROUP INC | | | | | | | | | |
| 78. - PROSHARES ULTRA HEAL CARE-2X | | | | | | | | | |
| 79. - GUGGENHIEM S&P 500 EQ WGT FIN | | | | | | | | | |
| 80. - JP MORGAN CHASE | | | | | | | | | |
| 81. - HOME DEPOT INC | | | | | | | | | |
| 82. - HENNESSY FUNDS TR | | | | | | | | | |
| 83. - SPDR BARCLAYS SHT TERM HI YIELD BOND | | | | | | | | | |
| 84. - APPLE INC | | | | | | | | | |
| 85. - FIRT TR CONSUMER DSI ALPHADEX FD | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/07/2013 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - NORFOLK SOUTHERN COR | | | | | | | | | |
| 87. OFFICE PROPERTY, BELLEVILLE, ILLINOIS | D | Rent | M | W | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
(See Column C2)           U =Book Value            V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 35      THE HARTFORD LIFE INSURANCE POLICY AND CASH VALUE IS OWNED BY THE NOMINEE AND  THE INSURED IS THE MOTHER OF THE NOMINEE.  IT WAS NOT REPORTED AS AN INVESTMENT ON THE PRIOR REPORT.

LINE 85      THE OFFICE PROPERTY WAS NEWLY AQUIRED ON DECEMBER 31,2012 AND WAS NOT REPORTED AS AN INVESTMENT ON THE PRIOR REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **NANCY J. ROSENSTENGEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 79 | 473 | Notes payable to banks-secured (auto) | | 20 | 692 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 121 | 770 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 250 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 93 | 900 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – office property | | 84 | 633 |
| Real estate owned – see schedule | | 555 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 142 | 000 | | | | |
| Cash value-life insurance | | 231 | 286 | | | | |
| Other assets itemize: | | | | | | | |
| Bonifield & Rosenstengel Profit Sharing | | 392 | 828 | | | | |
| Thrift Savings Plan | | 304 | 330 | | | | |
| | | | | Total liabilities | | 105 | 325 |
| | | | | Net Worth | 2 | 065 | 262 |
| Total Assets | 2 | 170 | 587 | Total liabilities and net worth | 2 | 170 | 587 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |